No. 735. JAMES G. TRAINER *v.* DARBY A. DAY. January 3, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. C. C. Daniels* for petitioner. *Mr. Thomas McCall* for respondent.

No. 592. H. L. EVELAND, HUGH SMITH, AND B. W. BAER, CONSTITUTING TAX COMMISSION OF SOUTH DAKOTA *v.* CHICAGO AND NORTHWESTERN RAILWAY COMPANY. See *post,* p. 775.

No. 782. MORTON S. HAWKINS *v.* UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. January 10, 1927. Motion for leave to proceed further in forma pauperis denied for the reason that the court, upon inspection of the record herein submitted, finds that there is no ground for certiorari to the Circuit Court of Appeals, application for which is hereby also denied. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Morton S. Hawkins, pro se,* for petitioner. No appearance for the United States.

No. 732. WILLIAM BOBKOWSKI, IN BEHALF OF SABINA BOBKOWSKI, JOSEPHINE BOBKOWSKI, ET AL. *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. January 10, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.